New Jersey Baptist Convention et al., appellants,

*v.*

Fidelity-Philadelphia Trust Co., Exr., et al., respondents.

[Decided January 9th, 1942.]

*Messrs. Sorg & Sorg (Mr. H. Theodore Sorg,* of counsel), for the appellants.

*Mr. Russell L. Browne* and *William Elmer Brown, Jr.,* for the respondents.

Per Curiam.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy and reported at *129 N. J. Eq. 525.*

*For affirmance*—The Chief-Justice, Case, Bodine, Donges, Heher, Perskie, Porter, Colie, Dear, Wells, Wolfskeil, Rafferty, Hague, Thompson, JJ. 14.

*For reversal*—None.